INTAKE COPY

# FILING FEE RECEIPT COPY

```
            ÆSTERN
         ,00055500
           tin
         e: 09/16/2020
         _LAND AND KNIGHT
         ---------------------
          PAPERS
       J AND KNIGHT
           $47.00
         ---------------------
       ,K
       ney Order Num: 5800379
       Jered:  $47.00
         ---------------------
      ,ue:      $47.00
      ,Tendered: $47.00
      ; Amt:     $0.00

     ,E APPLICATION FOR TATIANA
     MEDOVA. 5:20-MC-1099.
```