

Holland and Knight
1100 Louisiana St #4300
Houston, TX 77002

SCREENED BY
SEP 1
RECEIVED
SEP 14 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

Mr. Michael F. Oakes
U.S. District Clerk's Office
655 E Cesar E. Chavez Blvd
Room G65
San Antonio, TX 78206