UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

Tatiana Akhmedova,

    Plaintiff,

v.

Rackspace US, Inc.
*doing business as*
Rackspace Technology,

    Defendant.

No. 5:20-mc-1099-JKP

## REFERRAL ORDER

On this date the Court considered the status of this action. In accordance with the authority vested in the United States Magistrate Judge pursuant to Local Rule CV-72 and Appendix C of the Local Rules for the Assignment of Duties to United States Magistrate Judges, and pursuant to 28 U.S.C. § 636(b), the Ex Parte Application for Discovery Pursuant to 28 U.S.C. § 1782 (ECF No. 1) is hereby REFERRED to United States Magistrate Richard B. Farrer for disposition. Because disposition of the discovery motion resolves this entire miscellaneous action, this case should be closed upon disposition of the motion.

It is so ORDERED.

SIGNED this 18th day of September 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE