UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**IN RE APPLICATION OF**
**TATIANA AKHMEDOVA**                       No. SA:20-MC-1099-JKP-RBF

# O R D E R

The matter is before the Court sua sponte. On November 29, 2020, this Court granted in part and denied in part Ms. Akhmedova's application for discovery. *See* ECF Nos. 1, 5. There being no activity in this case since that time, the Court concludes closure is appropriate. Accordingly, the referral to the Magistrate Judge is withdrawn and the Clerk of Court is **DIRECTED** to close this case.

**It is so ORDERED this 14th day of January 2021.**

_____
**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**